[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.]
MEMORANDUM OF DECISION
The defendant's service of its third party complaint upon East Side Floors, Inc., substantially complied with General Statutes §§ 33-297 and 52-102b. This court denied the defendant's motion for default not because service was fatally flawed but because General Statutes § 52-57 is now a more appropriate mechanism for service.[1] Accordingly, the defendant's motion to amend the return date is granted and the plaintiff's motion for revocation of the defendant's permission to implead the third party defendant is denied.[2] Service upon East Side Floors must be effectuated by November 12, 1997, with a return date of November 18, 1997.
MORAGHAN, J.